**Robert HADDIX, Jr., Plaintiff–Appellant,**

v.

**Stephanie STEPHENS, Assistant District Attorney; Jay Jackson, Attorney at Law; John Heath, Jr., Attorney at Law, Defendants–Appellees.**

No. 04–40180.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 20, 2004.

Robert Irl Haddix, Jr, Lufkin, TX, pro se.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Robert Haddix, Jr., Texas prisoner # 1175826, filed a 42 U.S.C. § 1983 com-plaint alleging that the defendants had conspired to deny him a fair and impartial trial. The district court held that Haddix's claims were barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Haddix has failed to brief the district court's *Heck* determination, and, therefore, that issue is waived and unreviewable. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993). He consequently cannot show the district court's resolution of his claims to be erroneous.

Haddix's appeal therefore lacks arguable merit and is dismissed as frivolous. *See* 5TH CIR. R. 42.2; *Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983). Haddix is warned that the dismissal of this appeal as frivolous counts as a strike for purposes of 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 387 (5th Cir. 1996). We warn Haddix that once he accumulates three strikes, he may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

APPEAL DISMISSED; STRIKE WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.